FORM 1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |  |
|---|---|---|
| Portmeirion Group USA Inc.   Plaintiff, | | 21-00179 |
| v. | | |
| UNITED STATES OF AMERICA,   Defendant. | | **SUMMONS** |

**TO:** The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

| **PROTEST** | |
|---|---|
| Port of Entry:  Newark, NJ | Date Protest Filed:  See schedule attached |
| Protest Number:  See schedule attached | Date Protest Denied:  See schedule attached |
| Importer:  Portmeirion Group USA Inc. | |
| Category of Merchandise:  Ceramic tableware and kitchenware | |

| **ENTRIES INVOLVED IN ABOVE PROTEST** ||||||
|---|---|---|---|---|---|
| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| | | | | | |
| | | See schedule attached | | | |
| | | | | | |
| | | | | | |

Port Director,

U.S. Bureau of Customs & Border Protection
1100 Raymond Blvd.
Newark, NJ 07102

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
599 Lexington Avenue, 36th floor
New York, New York 10022
RSeely@GDLSK.COM

212/557-4000

11082106_1

*Address of Customs Port in Which Protest Was Denied*       *Name, Address and Telephone Number of Plaintiff's Attorney*

Page 1

**CONTESTED ADMINISTRATIVE DECISION**

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Ceramic tableware and kitchenware | 6912.00.4810<br>6912.00.4500<br>6911.10.8010<br>6911.10.4500<br>6911.10.8090<br>6911.10.5800<br>6911.10.4100<br>6912.00.4400<br>6911.10.5200<br>6912.00.4810<br>6911.90.0050<br>6911.10.4100 | 9.80%<br>4.50%<br>20.80%<br>14.00%<br>20.80%<br>6.00%<br>6.30%<br>10.00%<br>8.00%<br>10.00%<br>5.40%<br>6.30% | *HTS 6911.10.3850*<br>*HTS 6912.00.3950* | 6% ad val.<br>4.5% ad val. |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim: |

| |
|---|
| The issue which was common to all such denied protests: |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf.  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest.  The issue or issues stated above were common to all such denied protests.  All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or

exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/  Robert F. Seely

Date:  04/21/2021

Page 2

| PROT NUMBER | DATE PROTEST FILED | DATE DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4601-19-102387 | 2/20/2019 | 12/15/2020 | DN1-0123046-9 | 10/9/2017 | 8/24/2018 |
| 4601-19-102387 | 2/20/2019 | 12/15/2020 | DN1-0122942-0 | 10/10/2017 | 8/24/2018 |
| 4601-19-102387 | 2/20/2019 | 12/15/2020 | DN1-0122915-6 | 10/12/2017 | 8/24/2018 |
| 4601-19-102387 | 2/20/2019 | 12/15/2020 | DN1-0123053-5 | 10/18/2017 | 8/31/2018 |
| 4601-19-102387 | 2/20/2019 | 12/15/2020 | DN1-0123306-7 | 10/18/2017 | 8/31/2018 |
|  |  |  |  |  |  |
| 4601-19-106862 | 11/13/2019 | 10/26/2020 | DN1-0127308-9 | 7/9/2018 | 6/7/2019 |
| 4601-19-106862 | 11/13/2019 | 10/26/2020 | DN1-0127416-0 | 7/17/2018 | 6/14/2019 |
| 4601-19-106862 | 11/13/2019 | 10/26/2020 | DN1-0127486-3 | 7/19/2018 | 6/14/2019 |
| 4601-19-106862 | 11/13/2019 | 10/26/2020 | DN1-0127120-8 | 7/12/2018 | 6/7/2019 |
|  |  |  |  |  |  |
| 4601-19-107297 | 12/9/2019 | 10/26/2020 | DN1-0127306-3 | 7/24/2018 | 6/21/2019 |
| 4601-19-107297 | 12/9/2019 | 10/26/2020 | DN1-0127567-0 | 7/23/2018 | 6/21/2019 |
| 4601-19-107297 | 12/9/2019 | 10/26/2020 | DN1-0127725-4 | 8/10/2018 | 7/5/2019 |
| 4601-19-107297 | 12/9/2019 | 10/26/2020 | DN1-0127757-7 | 8/6/2018 | 7/5/2019 |
| 4601-19-107297 | 12/9/2019 | 10/26/2020 | DN1-0127760-1 | 8/10/2018 | 7/5/2019 |

**Port Director**
**U.S. Bureau of Customs & Border Protection**
**1100 Raymond Blvd.**
**Newark, NJ 07102**

Page 1 of 2

11082106_1

| PROT NUMBER | DATE PROTEST FILED | DATE DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4601-20-107995 | 1/7/2020 | 10/26/2020 | DN1-0127912-8 | 8/14/2018 | 7/12/2019 |
|  |  |  |  |  |  |
| 4601-20-109057 | 2/12/2020 | 10/26/2020 | DN1-0128397-1 | 9/19/2018 | 8/16/2019 |
| 4601-20-109057 | 2/12/2020 | 10/26/2020 | DN1-0128575-2 | 9/19/2018 | 8/16/2019 |
|  |  |  |  |  |  |
| 4601-20-109364 | 2/19/2020 | 10/26/2020 | DN1-0128622-2 | 9/26/2018 | 8/23/2019 |
|  |  |  |  |  |  |
| 4601-20-109911 | 3/3/2020 | 10/27/2020 | DN1-0128624-8 | 10/11/2018 | 9/6/2019 |
| 4601-20-109911 | 3/3/2020 | 10/27/2020 | DN1-0128941-6 | 11/1/2018 | 9/27/2019 |
| 4601-20-109911 | 3/3/2020 | 10/27/2020 | DN1-0129153-7 | 11/1/2018 | 9/27/2019 |
| 4601-20-109911 | 3/3/2020 | 10/27/2020 | DN1-0128576-0 | 10/7/2018 | 9/6/2019 |
|  |  |  |  |  |  |
| 4601-20-111251 | 3/23/2020 | 10/27/2020 | DN1-0129396-2 | 11/15/2018 | 10/11/2019 |