UNITED STATES COURT OF INTERNATIONAL TRADE

```
-------------------------------------------------------------x
PORTMEIRION GROUP USA INC.,                  :
                                             :
                                             :
                       Plaintiff,            :
                                             :
               v.                            :    Court No. 21-00179
                                             :    Case Management Calendar
UNITED STATES,                               :
                                             :
                       Defendant.            :
                                             :
-------------------------------------------------------------x
```

## NOTICE OF DISMISSAL

　　　PLEASE TAKE NOTICE, that plaintiff, Portmeirion Group USA Inc., through its undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　GRUNFELD, DESIDERIO, LEBOWITZ
　　　　　　　　　　　　　　　　　　　　SILVERMAN & KLESTADT LLP
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　599 Lexington Avenue, FL 36
Dated: October 28, 2024　　　　　　　　　New York, New York 10022
　　　　New York, New York　　　　　　　Tel. (212) 557-4000
　　　　　　　　　　　　　　　　　　　　jspraragen@gdlsk.com

　　　　　　　　　　　　　　　By:　　　/s/ Joseph M. Spraragen
　　　　　　　　　　　　　　　　　　　Joseph M. Spraragen

ORDER OF DISMISSAL

Court No. 21-00179, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

　　　　　　　　　　　　　　　　　　　　Clerk, United States Court of International Trade

Dated:　　　　　　　　　　　　　　　By: _____