UNITED STATES COURT OF INTERNATIONAL TRADE

```
-------------------------------------------------------------x
PORTMEIRION GROUP USA INC.,           :
                                       :
                                       :
                       Plaintiff,      :
                                       :
              v.                       :    Court No. 21-00179
                                       :    Case Management Calendar
UNITED STATES,                         :
                                       :
                       Defendant.      :
                                       :
-------------------------------------------------------------x
```

**<u>NOTICE OF DISMISSAL</u>**

    PLEASE TAKE NOTICE, that plaintiff, Portmeirion Group USA Inc., through its undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

    Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
599 Lexington Avenue, FL 36
Dated: October 28, 2024        New York, New York 10022
       New York, New York        Tel. (212) 557-4000
jspraragen@gdlsk.com

By:   /s/ Joseph M. Spraragen
      Joseph M. Spraragen

ORDER OF DISMISSAL

Court No. 21-00179, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

    Clerk, United States Court of International Trade

Dated: October 28, 2024        By:  /s/ Giselle Almonte